IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

**FILED**

DEC 1 3 2017

Clerk, U S District Court
District Of Montana
Billings

| UNITED STATES OF AMERICA, | CR 08-28-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| GAIL HOPPEL, | |
| Defendant. | |

Upon the Defendant's Motion for Early Termination of Supervision (Doc. 106), pursuant to 18 U.S.C. § 3583(e)(1) and Fed. R. Crim. P. 32.1(c)(2), and good cause being shown,

IT IS HEREBY ORDERED that the Defendant's motion is GRANTED. Gail Hoppel's supervision is terminated as of the date of this Order.

The Clerk shall notify the U.S. Probation Office of the making of this Order.

DATED this 13th day of December, 2017.

Susan P. Watters
SUSAN P. WATTERS
United States District Judge